# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-17384-MDC

HAYWARD L RUFF
YVETTE D COOLEY-RUFF
101 W. NEDRO AVENUE

PHILADELPHIA, PA 19120

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    HAYWARD L RUFF
    YVETTE D COOLEY-RUFF
    101 W. NEDRO AVENUE

    PHILADELPHIA, PA 19120

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL D. SAYLES ESQ
    427 W. CHELTENHAM AV
    SUITE 2
    ELKINS PARK, PA 19027-3291

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 3/15/2019

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee