```
            UNITED STATES BANKRUPTCY COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                       8/27/19
```

To: MICHAEL D. SAYLES
Sayles and Associates
427 West Cheltenham Avenue, Suite #2
Elkins Park, PA 19027-3201

                                     In re:  Hayward L. Ruff
                                      Bankruptcy No. 18-17384-mdc
                                      Adversary No.
                                      Chapter 13

       Re: Application for Compensation

The above pleading was filed in this office on 7/16/19 .  Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

         ( )    Affidavit
         ( )    Certificate of Service
         (xx)  Certification of no response
         ( )    Notice pursuant to Rule 9019
         ( )    Notice pursuant to Rule 2002
         ( )    Notice pursuant to Rule 3007.1
         ( )    Proof of Claim number not noted on
                    objection pursuant to Rule 3007.1(a)
         ( )    Proposed Order
         ( )    Stipulation
         ( )    Certification of Default
         ( )    Other

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice.  Otherwise, the matter will be referred to the Court.

                                      Timothy B. McGrath
                                      Clerk


                                  By: _____C. Wagner_____
                                        Deputy Clerk

status.frm
(rev. 11/26/2018)