Certificate Number: 15111-PAE-DE-036068167

Bankruptcy Case Number: 18-17384



15111-PAE-DE-036068167

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 15, 2021, at 11:44 o'clock PM EDT, Yvette D. Cooley-Ruff completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 16, 2021             By:   /s/Ryan McDonough

                                     Name: Ryan McDonough

                                     Title: Executive Director of Education