Certificate Number: 15111-PAE-DE-036068168

Bankruptcy Case Number: 18-17384



15111-PAE-DE-036068168

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>October 15, 2021</u>, at <u>11:44</u> o'clock <u>PM EDT</u>, <u>Hayward L. Ruff</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>October 16, 2021</u>          By:    <u>/s/Ryan McDonough</u>

                                        Name:  <u>Ryan McDonough</u>

                                        Title:  <u>Executive Director of Education</u>