UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania
CHANGE OF ADDRESS – **CREDITOR**

In re: Hayward L Ruff

Yvette D Cooley-Ruff

Case Number: 18-17384

Chapter: 13

Check what type of address change is being requested:

☑ Payment
☐ Notice

Enter any related Claim Number(s) affected, if applicable: 28

Creditor's Name: United Guaranty Commercial Ins Co of NC

Previous Address: PO Box 60420
Street Address

Charlotte, NC 28254
City, State and Zip Code

Current Address: PO Box 745782
Street Address

Atlanta, GA 30374-5782
City, State and Zip Code

Change Requested By: R. David Andrew
Print or Type Name

*R. David Andrew*
Signature

Creditor Phone Number: 336-333-0424

Creditor Email Address: bankruptcygorup@archmi.com

☑ This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

**PRINT**