United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Hayward L. Ruff

Yvette D. Cooley-Ruff

  Debtors

Case No. 18-17384-mdc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Apr 29, 2022 | Form ID: 138OBJ | Total Noticed: 81 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hayward L. Ruff, Yvette D. Cooley-Ruff, 101 W Nedro Ave, Philadelphia, PA 19120-2423 |
| 14526988 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 14226306 | | Comenity-Modell's Sporting Goods, PO Box 659707, San Antonio, TX 78265-9707 |
| 14527375 | + | Commonwealth of PA UCTS. (CSU - OUCTS, PA Departme, c/o Amy Weikel, 651 Boas Street, Room 925, Harrisburg, PA 17121-0751 |
| 14226317 | + | Mid America Bank, 5109 South Broadband Lane, Sioux Falls, SD 57108-2208 |
| 14226318 | + | Minute Loan center, 272 Bendix Road, Suite 500, Virginia Beach, VA 23452-1367 |
| 14226320 | + | Navy Federal Credit Union, PO Box 3305, Merrifield, VA 22116-3305 |
| 14243578 | + | Pennymac Loan Services, LLC, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14226328 | + | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14242879 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14226329 | + | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14226332 | + | Springleaf Financial, 7400 Front Street, Cheltenham, PA 19012-1403 |
| 14226333 | + | Sychchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14644959 | | United Guaranty Commercial Insurance Co of NC, PO Box 745782, Atlanta, GA 30374-5782 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 29 2022 23:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 29 2022 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 29 2022 23:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14226296 | + | Email/Text: bankruptcycare@affinityfcu.com | Apr 29 2022 23:47:00 | Affinity FCU, PO box 621, Basking Ridge, NJ 07920-0621 |
| 14226297 | + | Email/Text: bankruptcycare@affinityfcu.com | Apr 29 2022 23:47:00 | Affinity FCU, 73 Mountainview Road, Basking Ridge, NJ 07920-2332 |
| 14226298 | | Email/Text: bankruptcydept@applefcu.org | Apr 29 2022 23:47:00 | Apple Federal Credit Union, PO Box 1200, Fairfax, VA 22038-1200 |
| 14257380 | + | Email/Text: bknotices@totalcardinc.com | Apr 29 2022 23:47:00 | Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 14226299 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 29 2022 23:47:00 | Bankcard Services, PO Box 205458, Dallas, TX |

District/off: 0313-2    User: admin    Page 2 of 5
Date Rcvd: Apr 29, 2022    Form ID: 138OBJ    Total Noticed: 81

| | | | | |
|---|---|---|---|---|
| | | | | 75320-5458 |
| 14226300 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 29 2022 23:47:00 | Bankcard Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 14226301 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 29 2022 23:47:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14226302 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 29 2022 23:47:00 | Barclays Bank of Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 14226304 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2022 23:54:05 | Capital One, PO Box 85015, Richmond, VA 23285-5018 |
| 14318339 | | Email/Text: megan.harper@phila.gov | Apr 29 2022 23:47:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14258742 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2022 23:54:10 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14226303 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2022 23:54:13 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14226305 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2022 23:54:13 | Capital One, P.O. Box 85547, Richmond, VA 23285 |
| 14237959 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2022 23:54:09 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14226307 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2022 23:54:16 | Department Stores National Bank, 9111 Duke Boulvevard, Mason, OH 45040 |
| 14259534 | | Email/Text: bnc-quantum@quantum3group.com | Apr 29 2022 23:47:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14226308 | + | Email/Text: zshepherd@loantolearn.com | Apr 29 2022 23:47:00 | Educap, Inc, 1676 International Dr, Mc Lean, VA 22102-4898 |
| 14275593 | | Email/Text: FMClaims@Firstmarkservices.com | Apr 29 2022 23:47:04 | Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 14226309 | | Email/Text: bnc-bluestem@quantum3group.com | Apr 29 2022 23:47:00 | Fingerhut, P.O. Box 166, Newark, NJ 07101-0166 |
| 14226311 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 29 2022 23:54:13 | First Premier, 900 West Delaware Street, Sioux Falls, SD 57104-0337 |
| 14226313 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 29 2022 23:54:09 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 14226312 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 29 2022 23:54:13 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 14226310 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 29 2022 23:47:00 | Fingerhut, 16 McLeland Road, Saint Cloud, MN 56303-2198 |
| 14601131 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2022 23:54:14 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14256290 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2022 23:54:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14248121 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 29 2022 23:54:09 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14226315 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 29 2022 23:54:05 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 14226316 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 29 2022 23:54:09 | Merrick Bank, PO Box 5721, Hicksville, NY 11802-5721 |
| 14238213 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 29 2022 23:47:00 | NAVY FEDERAL CREDIT UNION, PO BOX |

District/off: 0313-2 | User: admin | Page 3 of 5
Date Rcvd: Apr 29, 2022 | Form ID: 138OBJ | Total Noticed: 81

|  |  |  |  |
|---|---|---|---|
|  |  |  | 3000, MERRIFIELD, VA 22119-3000 |
| 14226319 | | Email/PDF: pa_dc_ed@navient.com | |
|  |  | Apr 29 2022 23:54:09 | Navient, Department of Education Loan Servicing, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14256872 | | Email/PDF: pa_dc_claims@navient.com | |
|  |  | Apr 29 2022 23:54:13 | Navient PC TRUST, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14259130 | | Email/PDF: pa_dc_ed@navient.com | |
|  |  | Apr 29 2022 23:54:09 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14226323 | | Email/Text: ext_ebn_inbox@navyfederal.org | |
|  |  | Apr 29 2022 23:47:00 | Navy Federal CU, PO Box 3500, Merrifield, VA 22119-3500 |
| 14226322 | | Email/Text: ext_ebn_inbox@navyfederal.org | |
|  |  | Apr 29 2022 23:47:00 | Navy Federal Credit Union, PO Box 3300, Merrifield, VA 22119-3300 |
| 14226321 | + | Email/Text: ext_ebn_inbox@navyfederal.org | |
|  |  | Apr 29 2022 23:47:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 14237584 | | Email/PDF: cbp@onemainfinancial.com | |
|  |  | Apr 29 2022 23:54:13 | ONEMAIN FINANCIAL SERVICES, INC., PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14226325 | | Email/PDF: cbp@onemainfinancial.com | |
|  |  | Apr 29 2022 23:54:14 | OneMain, 6418 Sackett Street, Philadelphia, PA 19149-3139 |
| 14226324 | | Email/PDF: cbp@onemainfinancial.com | |
|  |  | Apr 29 2022 23:54:14 | OneMain, PO Box 742536, Cincinnati, OH 45274-2536 |
| 14258820 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  |  | Apr 29 2022 23:54:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14227335 | + | Email/PDF: rmscedi@recoverycorp.com | |
|  |  | Apr 29 2022 23:54:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14259226 | + | Email/PDF: ebnotices@pnmac.com | |
|  |  | Apr 29 2022 23:54:10 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14226327 | | Email/PDF: ebnotices@pnmac.com | |
|  |  | Apr 29 2022 23:54:07 | Pennymac Loan Services, LLC, PO Box 660929, Dallas, TX 75266-0929 |
| 14238486 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |
|  |  | Apr 29 2022 23:47:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14253967 | | Email/Text: bnc-quantum@quantum3group.com | |
|  |  | Apr 29 2022 23:47:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14226330 | + | Email/Text: ngisupport@radiusgs.com | |
|  |  | Apr 29 2022 23:47:00 | Radius Global Solutions, LLC, PO Box 390905, Mail Code FDD81, Minneapolis, MN 55439-0905 |
| 14226331 | + | Email/Text: admin@rosebudlending.com | |
|  |  | Apr 29 2022 23:47:00 | Rosebud Lending, PO Box 1147, Mission, SD 57555-1147 |
| 14226334 | + | Email/PDF: gecsedi@recoverycorp.com | |
|  |  | Apr 29 2022 23:54:09 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14227942 | + | Email/PDF: gecsedi@recoverycorp.com | |
|  |  | Apr 29 2022 23:54:14 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14226335 | | Email/PDF: gecsedi@recoverycorp.com | |
|  |  | Apr 29 2022 23:54:14 | Synchrony Bank-Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14226336 | + | Email/PDF: gecsedi@recoverycorp.com | |
|  |  | Apr 29 2022 23:54:06 | Synchrony Bank-Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 14226339 | + | Email/Text: jaxbanko@td.com | |
|  |  | Apr 29 2022 23:47:00 | TD Auto Finance, PO Box 9223, Farmington, MI 48333-9223 |
| 14251308 | + | Email/Text: jaxbanko@td.com | |
|  |  | Apr 29 2022 23:47:00 | TD Auto Finance LLC, Trustee Payment Dept., PO Box 16041, Lewiston, ME 04243-9523 |
| 14259354 | + | Email/Text: bncmail@w-legal.com | |
|  |  | Apr 29 2022 23:47:00 | TD Bank USA, N.A., C O WEINSTEIN & |

District/off: 0313-2                          User: admin                          Page 4 of 5
Date Rcvd: Apr 29, 2022                       Form ID: 138OBJ                       Total Noticed: 81

| | | | |
|---|---|---|---|
| | | | RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14683976 | + | Email/Text: bncgeneral@evanspetree.com | Apr 29 2022 23:47:00 | TD Bank, N.A., successor in interest to TD Auto Fi, c/o Jacob Zweig, Esq., EVANS PETREE PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 14226337 | | Email/Text: bncmail@w-legal.com | Apr 29 2022 23:47:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14226338 | | Email/Text: bncmail@w-legal.com | Apr 29 2022 23:47:00 | Target National Bank, PO Box 59231, Minneapolis, MN 55459-0231 |
| 14226340 | | Email/Text: bknotices@totalcardinc.com | Apr 29 2022 23:47:00 | Total Visa, PO box 5220, Sioux Falls, SD 57117-5220 |
| 14257203 | + | Email/Text: bankruptcygroup@archmi.com | Apr 29 2022 23:47:00 | United Guaranty Commercial Insurance Co of NC, PO Box 20327, Greensboro, NC 27420-0327 |
| 14256871 | | Email/PDF: pa_dc_claims@navient.com | Apr 29 2022 23:54:05 | VL FUNDING, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14226341 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 29 2022 23:47:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 14226342 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 29 2022 23:47:00 | Verizon, P.O. Box 8585, Philadelphia, PA 19173-0001 |
| 14226343 | | Email/PDF: gecsedi@recoverycorp.com | Apr 29 2022 23:54:14 | Wal-Mart, P.O. Box 960023, Orlando, FL 32896-0023 |
| 14226344 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 29 2022 23:54:10 | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |
| 14226345 | | Email/PDF: gecsedi@recoverycorp.com | Apr 29 2022 23:54:09 | Walmart, PO Box 960024, Orlando, FL 32896-0024 |

TOTAL: 67

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14226314 | | Macy's, PO Box 183083, OH 43118-3083 |
| 14318340 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14527004 | *+ | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 14260293 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14243579 | *+ | Pennymac Loan Services, LLC, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14227943 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14244768 | *+ | TD Auto Finance LLC, c/o Martin A Mooney, Esq., SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LL, 950 New Loudon Road, Suite 109, Latham, New York 12110-2190 |
| 14244769 | *+ | TD Auto Finance LLC, c/o Martin A Mooney, Esq., SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LL, 950 New Loudon Road, Suite 109, Latham, New York 12110-2190 |
| 14259355 | *+ | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14226346 | * | Walmart, P.O. Box 530927, Atlanta, GA 30353-0927 |
| 14226326 | ##+ | Patenaude & Felix, A.P.C., 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |
| 14244767 | ##+ | TD Auto Finance LLC, c/o Martin A Mooney, Esq., SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LL, 950 New Loudon Road, Suite 109, Latham, New York 12110-2190 |

TOTAL: 1 Undeliverable, 9 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 01, 2022                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| JASON BRETT SCHWARTZ | on behalf of Creditor Phildelphia Federal Credit Union jschwartz@mesterschwartz.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARTIN A. MOONEY | on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com |
| MICHAEL D. SAYLES | on behalf of Joint Debtor Yvette D. Cooley-Ruff midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| MICHAEL D. SAYLES | on behalf of Debtor Hayward L. Ruff midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennymac Loan Services  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

_____

In Re: Hayward L. Ruff and Yvette D.
Cooley−Ruff

        Debtor(s)                                        Case No: 18−17384−mdc

                                                    Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:


The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/29/22

54 − 53
Form 138OBJ