Fill in this information to identify the Fill in this information to identify the case:

Debtor 1    Hayward L. Ruff

Debtor 2    Yvette D. Cooley-Ruff aka Yvette D. Ruff

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   18-17384 MDC

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PennyMac Loan Services, LLC

**Court claim no**. (if known): _36_____

**Last 4 digits** of any number you use to identify the debtor's account: 7381

**Date of payment change:**
Must be at least 21 days after date of this notice                                    12/01/2019

**New total payment:**                           **$825.80**
Principal, interest, and escrow, if any

## Part 1:   Escrow Account Payment Adjustment

1.  **Will there be a change in the debtor's escrow account payment?**

    ☐ No
    ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

    Current escrow payment:   $207.96_____          New escrow payment:   $198.99_____

## Part 2:   Mortgage Payment Adjustment

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    ☒ No
    ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

    Current interest rate:   _____%          New interest rate:   _____%

    Current principal and interest payment: $_____ New principal and interest payment:  $ _____

## Part 3:   Other Payment Change

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ☒ No
    ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
       (*Court approval may be required before the payment change can take effect.*)

    Reason for change: _____

    Current mortgage payment: $_____          New mortgage payment:  $ _____

| Debtor(s) | Hayward L. Ruff , and Yvette D. Cooley-Ruff aka Yvette D. Ruff | Case number *(if known)* 18-17384 MDC |
| | First Name      Middle Name      Last Name | |

| **Part 4:** | **Sign Here** |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖/s/ Rebecca A. Solarz
Signature

Date    11/06/2019

Print:    Rebecca A. Solarz
          First Name      Middle Name      Last Name

Title   Attorney for Creditor

Company    KML Law Group, P.C.

Address    701        Market Street, Suite 5000
           Number        Street
           Philadelphia,                          PA    19106
           City                          State      ZIP Code

Contact phone   (215) 627–1322        Email  RSolarz@kmllawgroup.com